UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHN BRENT, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) No. 2:22-cv-01005-JTF-atc |
| CHANCE LEEDS, | ) ) ) |
| Respondent. | ) |

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, in accordance with the Order Granting Motion To Dismiss The § 2254 Petition, Denying Motion To Excuse Late Filing, Denying The Petition Pursuant to 28 U.S.C. § 2254, Denying a Certificate of Appealability, Certifying That An Appeal Would Not Be Taken in Good Faith, and Denying Leave to Proceed *In Forma Pauperis* on Appeal, which was docketed on July 24, 2023, this action is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

_____  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

WENDY R. OLIVER  
CLERK

August 4, 2023  
DATE